RECEIVED
AUG 23 2017
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **WILKS LAIRD**<br>D.O.C. # 96019 | : | DOCKET NO. 16-cv-755 |
| **VERSUS** | : | JUDGE JAMES T. TRIMBLE, JR. |
| **NATE CAIN** | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the petitioner's objections to the Report and Recommendation;

**IT IS ORDERED** that the Petition for Writ of *Habeas Corpus* [docs. 1, 10] and Motion for Evidentiary Hearing [doc. 24] be and hereby are **DENIED**, and that the above captioned matter be and hereby is **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED** this 23rd day of August, 2017.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE